STATE OF NEW JERSEY v. ERNEST MORGAN.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. RONNIE MATTHEWS.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM SMOTHERS.

June 19, 1984.

Petition for certification denied.

MARGARET J. LANE v. GEORGE ACCOMANDO.

June 19, 1984.

Petition for certification granted.